AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Karyn E. Pruitt | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  9:10-CV-02439-RMG |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Court accepts the Report and Recommendation of Magistrate Judge Marchant and affirms the decision of the Commissioner.

This action was *(check one)*:
❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:  December 13, 2011                                          *CLERK OF COURT*

                                                                    s/John P. Bryan, Jr.
                                                                    *Signature of Clerk or Deputy Clerk*